JOHN TOMACHITES, Respondent, v. WILLIAM A. JAMISON, Appellant, Impleaded with Others.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

NICHOLAS TURCHIN, Respondent, v. MATHESON LEAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

ROSE E. TYNAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment dismissing plaintiff's complaint affirmed, with costs. No opinion. Jenks, P. J., Carr and Putnam, JJ., concurred; Thomas and Stapleton, JJ., dissented.

THE VILLAGE OF MONROE, Respondent, v. THE MONROE NATIONAL BANK, Appellant.— Judgment of the County Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

KATIE WEINSTEIN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment reversed and new trial granted, costs to abide the event,

upon the ground that the ruling of the trial court at folios 367 and 368 was erroneous to the manifest and substantial prejudice of the plaintiff. (See *Furst* v. *Second Avenue Railroad Co.*, 72 N. Y. 542.)  Carr, Stapleton, Mills and Rich, JJ., concurred; Jenks, P. J., dissented.